IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2848<br>:<br>: CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO: | : |
| JOHN MICHAEL BUSH and JOHNNY MITCHELL v. MERCK & CO., INC., et al.<br>Civil Action No. 19-1117 | : |
| RICHARD DOMAN and MAUREEN M. DOMAN v. MERCK & CO., INC., et al.<br>Civil Action No. 18-20118 | : |
| DAVID R. ELMEGREEN as Trustee of THE SUE A. ELMEGREEN TRUST v. MERCK & CO., INC., et al.<br>Civil Action No. 17-2044 | : |
| JOHN NIEDZIALOWSKI and KATHERINE NIEDZIALOWSKI v. MERCK & CO., INC., et al.<br>Civil Action No. 19-20025 | : |
| EMILY SANSONE v. MERCK & CO., INC., et al.<br>Civil Action No. 18-20114 | : |

PRETRIAL ORDER NO. 402

AND NOW, this 10th day of November, 2021, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme for summary judgment based on preemption of plaintiffs' design defect claims is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.